United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey Johnson
Stephanie A. Johnson
    Debtors

Case No. 13-20426-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 23, 2016
                    Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13328941      +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2016 01:55:50      Synchrony Bank,
          c/o Recovery Management Systems Corp.,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
                                                                                                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
         PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
         agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
         D. TROY SELLARS    on behalf of Creditor    WELLS FARGO BANK, N.A. tsellars@cozen.com
         DOUGLAS J. SMILLIE    on behalf of Creditor    Manufacturers & Traders Trust Co.
         dsmillie@flblaw.com,   ccharlton@flblaw.com
         ELLIS B. KLEIN    on behalf of Joint Debtor Stephanie A. Johnson ykassoc@gmail.com,
         ykaecf@gmail.com,ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
         ELLIS B. KLEIN    on behalf of Debtor Jeffrey   Johnson ykassoc@gmail.com,   ykaecf@gmail.com,
         ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
         JOSEPH PATRICK SCHALK    on behalf of Creditor    WELLS FARGO HOME MORTGAGE INC. paeb@fedphe.com
         LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
         PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
         lhaller@pkh.com,   dmaurer@pkh.com
         MARTIN A. MOONEY    on behalf of Creditor    Fifth Third Bank tshariff@schillerknapp.com,
         tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
         PAUL H. YOUNG    on behalf of Debtor Jeffrey   Johnson ykassoc@gmail.com,   ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
         PAUL H. YOUNG    on behalf of Joint Debtor Stephanie A. Johnson ykassoc@gmail.com,
         ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                                                         TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-20426-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jeffrey Johnson<br>492 Woodhaven Road<br>Philadelphia PA 19116 | Stephanie A. Johnson<br>492 Woodhaven Road<br>Philadelphia PA 19116 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2016.

Name and Address of Alleged Transferor(s):

Claim No. 21: Synchrony Bank, c/o Recovery Management Systems Corp., 25 SE 2nd Ave Suite 1120, Miami, FL 33131

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/25/16

Tim McGrath
**CLERK OF THE COURT**