# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BK. No. 13-20426 MDC |
| JEFFREY JOHNSON | |
| STEPHANIE A. JOHNSON | Chapter No. 13 |
| A/K/A STEPHANIE PARKER A/K/A STEPHANIE JOHNSON | |
|        **Debtors** | |
| | |
| WELLS FARGO BANK, N.A. | |
|        **Movant** | |
|        v. | |
| JEFFREY JOHNSON | |
| STEPHANIE A. JOHNSON | |
| A/K/A STEPHANIE PARKER A/K/A STEPHANIE JOHNSON | |
|        **Respondents** | |

## CERTIFICATION OF NO ANSWER

I counsel for the Movant, hereby certify that no answer has been served or filed to the Motion for Relief and that a Default Order may be entered granting the Movant relief from the automatic stay.

Date: September 28, 2016

/s/ Jerome Blank
Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000
Fax Number: 215-568-7616

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY JOHNSON                                         BK. No. 13-20426 MDC
STEPHANIE A. JOHNSON                          :
A/K/A STEPHANIE PARKER A/K/A STEPHANIE        :         Chapter No. 13
JOHNSON                                       :
        Debtors                               :
                                              :
WELLS FARGO BANK, N.A.                        :
        Movant                                :
        v.                                    :
JEFFREY JOHNSON                               :
STEPHANIE A. JOHNSON                          :
A/K/A STEPHANIE PARKER A/K/A STEPHANIE        :
JOHNSON                                       :
        Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2016, I caused to be mailed a true and correct copy of the Certificate of No Answer to the interested parties listed below by First Class Mail or by electronic means.

| | |
|---|---|
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE) | JEFFREY JOHNSON |
| 1234 Market Street, Suite 1813 | 492 WOODHAVEN ROAD |
| Philadelphia, PA 19107 | PHILADELPHIA, PA 19116-2038 |
| | |
| ELLIS B. KLEIN, ESQUIRE | STEPHANIE JOHNSON |
| 3554 HULMEVILLE ROAD, SUITE 102 | 492 WOODHAVEN ROAD |
| BENSALEM, PA 19020 | PHILADELPHIA, PA 19116-2038 |
| UNITED STATES TRUSTEE | |
| OFFICE OF THE U.S. TRUSTEE | |
| 833 CHESTNUT STREET | |
| SUITE 500 | |
| PHILADELPHIA, PA 19107 | |

/s/ Jerome Blank
Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000
Fax Number: 215-568-7616

**PHELAN HALLINAN DIAMOND &
JONES, LLP**

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Jerome Blank Esq.                                       REPRESENTING LENDERS IN
                                                        Pennsylvania

September 28, 2016

**MEMORANDUM**

| | |
|---|---|
| **TO:** | WELLS FARGO BANK, N.A. |
| **ATTN:** | BANKRUPTCY DEPARTMENT |
| **RE:** | JEFFREY JOHNSON |
| | STEPHANIE A. JOHNSON |
| | A/K/A STEPHANIE PARKER A/K/A STEPHANIE JOHNSON |
| **Loan No:** | 0373396571 |

Enclosed please find a copy of the Certification of No Answer, which has been filed with the Court.

Very Truly Yours,

/s/ Jerome Blank
Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000
Fax Number: 215-568-7616

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS IS NOT AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT.  WE ARE ONLY PROCEEDING AGAINST THE REAL ESTATE SECURED BY THE MORTGAGE.

**PHELAN HALLINAN DIAMOND & JONES, LLP**

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Jerome Blank Esq.

Representing Lenders in Pennsylvania

September 28, 2016

ELLIS B. KLEIN, ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020

**Movant:** **WELLS FARGO BANK, N.A.**
**Re:** **JEFFREY JOHNSON AND STEPHANIE A. JOHNSON A/K/A STEPHANIE JOHNSON A/K/A STEPHANIE PARKER**
**Bankruptcy No.: 13-20426 MDC**

Dear Counselor:

Enclosed please find a copy of the Certification of No Answer, the original of which has been filed with Bankruptcy Court in the above-referenced matter.

Very truly yours,

/s/ Jerome Blank
Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 /attorneyExt/
Fax Number: 215-568-7616
Email: /attorneyEmail/
enc

cc: JEFFREY JOHNSON
STEPHANIE JOHNSON
WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
UNITED STATES TRUSTEE
WELLS FARGO BANK, N.A. (FORT MILL, SC)
ATTENTION: BANKRUPTCY DEPARTMENT
ACCOUNT NO.: 0373396571

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE. IF YOU HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS IS NOT AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT. WE ARE ONLY PROCEEDING AGAINST THE REAL ESTATE SECURED BY THE MORTGAGE.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JEFFREY JOHNSON<br>STEPHANIE A. JOHNSON<br>A/K/A STEPHANIE PARKER A/K/A<br>STEPHANIE JOHNSON<br>            Debtors<br><br>WELLS FARGO BANK, N.A.<br>            Movant<br>         v.<br>JEFFREY JOHNSON<br>STEPHANIE A. JOHNSON<br>A/K/A STEPHANIE PARKER A/K/A<br>STEPHANIE JOHNSON<br>            Respondents | BK. No. 13-20426 MDC<br><br>Chapter No. 13 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

     **AND NOW**, this _____ day of _____, 2016, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A., AS SERVICER FOR THE MORTGAGEE OF RECORD** (Movant), it is:

     **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

     **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 492 WOODHAVEN ROAD, PHILADELPHIA, PA 19116-2038(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

 

                                                   _____
                                                 MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

| | |
|---|---|
| WILLIAM C. MILLER, ESQUIRE<br>(TRUSTEE)<br>1234 Market Street, Suite 1813<br>Philadelphia, PA 19107<br><br>ELLIS B. KLEIN, ESQUIRE<br>3554 HULMEVILLE ROAD, SUITE 102<br>BENSALEM, PA 19020<br>UNITED STATES TRUSTEE<br>833 CHESTNUT STREET, SUITE 500<br>PHILADELPHIA, PA 19107 | JEFFREY JOHNSON<br>492 WOODHAVEN ROAD<br>PHILADELPHIA, PA 19116-2038<br><br>STEPHANIE JOHNSON<br>492 WOODHAVEN ROAD<br>PHILADELPHIA, PA 19116-2038 |