IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JEFFREY JOHNSON<br>STEPHANIE A. JOHNSON<br>AKA STEPHANIE PARKER<br>    Debtors | BK. No. 13-20426-mdc<br><br>Chapter No. 13 |
| WELLS FARGO BANK, N.A.<br>    Movant<br>v.<br>JEFFREY JOHNSON<br>STEPHANIE A. JOHNSON<br>AKA STEPHANIE PARKER<br>    Respondents | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 29th day of September, 2016, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 492 WOODHAVEN ROAD, PHILADELPHIA, PA 19116(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;.

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

ELLIS B. KLEIN, ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JEFFREY JOHNSON
492 WOODHAVEN ROAD
PHILADELPHIA, PA 19116

STEPHANIE A. JOHNSON
AKA STEPHANIE PARKER
492 WOODHAVEN ROAD
PHILADELPHIA, PA 19116