United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey Johnson  
Stephanie A. Johnson  
    Debtors  

Case No. 13-20426-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Antoinett　　　Page 1 of 1　　　Date Rcvd: Sep 29, 2016  
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.  
db　　　　#+Jeffrey Johnson,　492 Woodhaven Road,　Philadelphia, PA 19116-2038  
jdb　　　　+Stephanie A. Johnson,　492 Woodhaven Road,　Philadelphia, PA 19116-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:  
　　　　ANDREW F GORNALL　　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) agornall@kmllawgroup.com,　bkgroup@kmllawgroup.com  
　　　　D. TROY SELLARS　　on behalf of Creditor　WELLS FARGO BANK, N.A. D.Troy.Sellars@usdoj.gov  
　　　　DOUGLAS J. SMILLIE　　on behalf of Creditor　Manufacturers & Traders Trust Co. dsmillie@flblaw.com,　ccharlton@flblaw.com  
　　　　ELLIS B. KLEIN　　on behalf of Joint Debtor Stephanie A. Johnson ykassoc@gmail.com,　ykaecf@gmail.com,ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com  
　　　　ELLIS B. KLEIN　　on behalf of Debtor Jeffrey Johnson ykassoc@gmail.com,　ykaecf@gmail.com,　ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com  
　　　　JEROME B. BLANK　　on behalf of Creditor　WELLS FARGO BANK, N.A. paeb@fedphe.com  
　　　　JOSEPH ANGEO DESSOYE　　on behalf of Creditor　Wells Fargo Bank, N.A. paeb@fedphe.com  
　　　　JOSEPH PATRICK SCHALK　　on behalf of Creditor　WELLS FARGO HOME MORTGAGE INC. paeb@fedphe.com  
　　　　LEON P. HALLER　　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) lhaller@pkh.com,　dmaurer@pkh.com  
　　　　MARTIN A. MOONEY　　on behalf of Creditor　Fifth Third Bank tshariff@schillerknapp.com,　tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
　　　　PAUL H. YOUNG　　on behalf of Debtor Jeffrey Johnson ykassoc@gmail.com,　ykaecf@gmail.com,　paullawyers@gmail.com,pyoung@ymalaw.com  
　　　　PAUL H. YOUNG　　on behalf of Joint Debtor Stephanie A. Johnson ykassoc@gmail.com,　ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER　　on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,　philaecf@gmail.com  
　　　　WILLIAM C. MILLER　　ecfemails@ph13trustee.com,　philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>**JEFFREY JOHNSON**<br>**STEPHANIE A. JOHNSON**<br>**AKA STEPHANIE PARKER**<br>Debtors<br><br>**WELLS FARGO BANK, N.A.**<br>Movant<br>v.<br>**JEFFREY JOHNSON**<br>**STEPHANIE A. JOHNSON**<br>**AKA STEPHANIE PARKER**<br>Respondents | BK. No. 13-20426-mdc<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 |

ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 29th day of September, 2016, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 492 WOODHAVEN ROAD, PHILADELPHIA, PA 19116(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;.

_Magdeline D. C_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

ELLIS B. KLEIN, ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JEFFREY JOHNSON
492 WOODHAVEN ROAD
PHILADELPHIA, PA 19116

STEPHANIE A. JOHNSON
AKA STEPHANIE PARKER
492 WOODHAVEN ROAD
PHILADELPHIA, PA 19116