IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
PHILADELPHIA DIVISION


IN RE: JEFFREY JOHNSON and STEPHANIE A JOHNSON

CASE NO. 2-13-BK-20426

CLAIM: 13


## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR


COMES NOW, Cach, Llc hereby request the Trustee notice and payment address on its claim
for the above mentioned case be changed from the following address:


**CACH, LLC**
**4340 S MONACO ST**
**FL 2**
**DENVER CO 80237-3485**
To the new address below:

**CACH, LLC**
**PO Box 10587**
**Greenville SC 29603-0587**


This address change pertains to Trustee payments and all other correspondences
for this claim filed by the Creditor.

/s/ Susan Gaines                                                          Date: 7/5/2017
Susan Gaines
Telephone: (877) 264-5884