# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JEFFREY JOHNSON              :          CHAPTER 13
        STEPHANIE JOHNSON          :
        **Debtors**                              :          **Bankruptcy No. 13-20426**

## PRAECIPE TO AMEND BANKRUPTCY PETITION

To the Clerk of Bankruptcy Court:

Kindly amend the debtor's address in the above listed petition to read:

**28 Teaberry Lane**
**Levittown, PA 19054**

/s/ Paul H. Young
Paul H. Young, Esquire
Counsel for Debtor
YOUNG, MARR & ASSOCIATES
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020
(215) 639-5297