UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

April 25, 2019

To: **Ellis B. Klein, Esquire**

In re: **Jeffrey Johnson & Stephanie A. Johnson**
Bankruptcy No. **13-20426**
Adversary No.
Chapter **13**

Re: **Motion to Reopen Case**

The above document(s) were filed in this office on **04/24/2019.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    ( )    $31.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    (XX)   Motion Filing Fee of $235.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **Antoinette Stevenson**
Deputy Clerk

*Fee Notice*
*(11/26/18)*