U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JEFFREY JOHNSON           :        CHAPTER 13
        STEPHANIE JOHNSON         :
        Debtors                   :        Bankruptcy No. 13-20426

**CERTIFICATE OF SERVICE AND
CERTIFICATION OF NO RESPONSE**

    I, Paul H. Young, Esquire, attorney for Debtors, do hereby certify the following:

    1.    I served by facsimile and/or first-class mail on April 24, 2019, a true and correct copy of Debtor's Motion to Reopen case for purposes of issuing a Discharge Order as well as the Notice of Motion, Response Deadline and Hearing Date on William Miller, Trustee and all creditors on matrix.

    2.    I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Reopen this Chapter 13 Case.

    /s/ Paul H. Young
    PAUL H. YOUNG, ESQUIRE
    Attorney for Debtors
    YOUNG, MARR & ASSOCIATES, LLC
    3554 Hulmeville Road, Suite 102
    Bensalem, PA 19020
    P: 215-639-5297
    F: 215-639-1344
    support@ymalaw.com