## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **JEFFREY JOHNSON**          :          **CHAPTER 13**
      **STEPHANIE JOHNSON**     :
      **Debtors**                        :          **Bankruptcy No. 13-20426**

## ORDER

AND NOW, this _____*30th*_____ day of __*May*__ 2019, upon consideration of

the Motion to Reopen Closed Case for Entry of Discharge, it is hereby ORDERED and

DECREED that said Motion is SUSTAINED.

Debtors, or their attorney, shall be permitted to file this Order with the appropriate Court

to reopen the above case.

BY THE COURT:

_Magdaline D. C_____
J.