United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-20426-mdc
Jeffrey Johnson                                                 Chapter 13
Stephanie A. Johnson
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 3              Date Rcvd: May 31, 2019
                              Form ID: pdf900             Total Noticed: 67
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
```
db/jdb         +Jeffrey Johnson,    Stephanie A. Johnson,    28 Teaberry Lane,    Levittown, PA 19054-2208
13221614       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13200564       +Allied Interstate Inc,    7525 W Campus Rd,    New Albany, OH 43054-1121
13200563       +Allied Interstate Inc,    Attn: Bankruptcy,    3000 Corporate Exchange Dr., 5th Floor,
                 Columbus, OH 43231-7689
13200565        American Coradius International, LLC,    2420 Sweet Home Road, Ste. 150,
                 Buffalo, NY 14228-2244
13200566       +Ars Account Resolution,    1801 Nw 66th Ave Ste 200,    Plantation, FL 33313-4571
13200567      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13200569       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
13200568       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13200570       +Beneficial Mutual Savings,    Beneficial Mutual Savings,    530 Walnut St., Attn: Bankruptcy,
                 Philadelphia, PA 19106-3624
13200571       +Beneficial Mutual Savings,    106 South 16th Street,    Philadelphia, PA 19102-2802
13200577      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
13200574        Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
13200576       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13200578       +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
13200580       +Commonwealth Financial,    245 Main Street,    Dickson City, PA 18519-1641
13229380       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
13200581       +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
13200582       +Credit First/CFNA,    Pob 81315,    Cleveland, OH 44181-0315
13200586      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45263)
13200587       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13534547       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
13212112       +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13200588        Gateway One Lending & Finance,    1601 Riverview Dr Ste 100,    Anaheim, CA 92808
13780033        Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13233670       +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
13200594        M&t Credit Services Ll,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
13200596        Nco Fin/33,    Po Box 13584,    Philadelphia, PA 19101
13200597        Northstar Location Services, LLC,    Attn: Financial Services Dept.,    4285 Genesee St.,
                 Buffalo, NY 14225-1943
13227648       +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILA,PA 19122-2898,    ATTN:BANKRUPTCY UNIT
13200600       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
13218479       +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13200601       +Rickert Collection Systems Inc.,    575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
13223785       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13200602       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13473769       +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,    211 North Front Street,
                 Harrisburg, PA 17101-1406
13200603       +Valley Green Bank,    7226 Germantown Ave.,    Philadelphia, PA 19119-1724
13200604      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
13309257       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 01 2019 04:27:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2019 04:26:09      
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2019 04:26:37      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:35:19      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/Text: camanagement@mtb.com Jun 01 2019 04:25:36      Manufacturers & Traders Trust Co.,
                 One M&T Plaza,    Buffalo, NY  14203
```

```
District/off: 0313-2           User: Virginia               Page 2 of 3                  Date Rcvd: May 31, 2019
                               Form ID: pdf900              Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 04:35:20
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13238023         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 01 2019 04:35:00      CACH, LLC,
                 PO BOX 10587,    Greenville, SC 29603-0587
13200573         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2019 04:35:20      Capital 1 Bank,
                 Po Box 85520,    Richmond, VA 23285
13200572        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2019 04:35:19      Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13200575        +E-mail/Text: clientrep@capitalcollects.com Jun 01 2019 04:27:34      Capital Collection Svc,
                 Po Box 150,    West Berlin, NJ 08091-0150
13200579        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 01 2019 04:25:37      Comenity Bank/lnbryant,
                 4590 E Broad St,    Columbus, OH 43213-1301
13204720         E-mail/Text: mrdiscen@discover.com Jun 01 2019 04:25:22      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13200583        +E-mail/Text: mrdiscen@discover.com Jun 01 2019 04:25:22      Discover Fin Svcs Llc,
                 Po Box15316,    Wilmington, DE 19850-5316
13200584        +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 01 2019 04:27:12       Fifth Third Bank,
                 Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,    Grand Rapids, MI 49546-6253
13200585        +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 01 2019 04:27:12       Fifth Third Bank,
                 Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
                 Grand Rapids, MI 49546-6253
13200589         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jun 01 2019 04:25:19
                 Gateway One Lending & Finance,    3818 East Coronado Street #100,    Anaheim, CA 92807
13200591        +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:34:55      Gecrb/Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
13200590        +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:34:55      Gecrb/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13200592        +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:34:56      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13200593         E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:35:19      Gemb/walmart,    Po Box 965024,
                 El Paso, TX 79998
13200595        +E-mail/Text: camanagement@mtb.com Jun 01 2019 04:25:36      M&t Credit Services Ll,
                 1 Fountain Plz Fl 4,    Buffalo, NY 14203-1420
13268528         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 04:34:57
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13200599        +E-mail/Text: blegal@phfa.org Jun 01 2019 04:26:21      Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
13200598        +E-mail/Text: blegal@phfa.org Jun 01 2019 04:26:22      Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13207563         E-mail/Text: bnc-quantum@quantum3group.com Jun 01 2019 04:25:39
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13209116         E-mail/PDF: rmscedi@recoverycorp.com Jun 01 2019 04:34:36
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13275277         E-mail/Text: appebnmailbox@sprint.com Jun 01 2019 04:26:15      Sprint Correspondence,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13328941        +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 04:35:19      Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*              Kohl’s,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
13779874*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                  Norfolk, VA 23541)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: Virginia              Page 3 of 3                  Date Rcvd: May 31, 2019
                                Form ID: pdf900             Total Noticed: 67
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO HOME MORTGAGE INC. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              D. TROY SELLARS    on behalf of Creditor    WELLS FARGO BANK, N.A. D.Troy.Sellars@usdoj.gov
              DOUGLAS J. SMILLIE    on behalf of Creditor    Manufacturers & Traders Trust Co.
               dsmillie@flblaw.com,    ccharlton@flblaw.com
              ELLIS B. KLEIN    on behalf of Joint Debtor Stephanie A. Johnson ykassoc@gmail.com,
               ykaecf@gmail.com,ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              ELLIS B. KLEIN    on behalf of Debtor Jeffrey  Johnson ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              MARTIN A. MOONEY    on behalf of Creditor    Fifth Third Bank ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
              PAUL H. YOUNG    on behalf of Debtor Jeffrey  Johnson support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Joint Debtor Stephanie A. Johnson support@ymalaw.com,
               ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 16
```

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JEFFREY JOHNSON | : | CHAPTER 13 |
| | STEPHANIE JOHNSON | : | |
| | Debtors | : | Bankruptcy No. 13-20426 |

## ORDER

AND NOW, this _____30th_____ day of __May__ 2019, upon consideration of the Motion to Reopen Closed Case for Entry of Discharge, it is hereby ORDERED and DECREED that said Motion is SUSTAINED.

Debtors, or their attorney, shall be permitted to file this Order with the appropriate Court to reopen the above case.

BY THE COURT:

_____Magdeline D. C_____
J.